ACCEPTED
12-14-00368-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/1/2015 10:51:56 AM
CATHY LUSK
CLERK

## NO. 12-14-00368-CR

| | | |
|---|---|---|
| **JOHN CALVIN MARSHALL** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **TWELFTH APPELLATE DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/1/2015 10:51:56 AM
CATHY S. LUSK
Clerk

### APPELLANT'S RESPONSE TO STATE'S MOTION FOR LEAVE TO FILE LATE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes **JOHN CALVIN MARSHALL**, Appellant in the above styled and numbered cause, and files this motion responding to the State's Motion for Leave to File Late Brief, and for good cause shows the following:

1.  This case is on appeal from the 294th Judicial District Court of Van Zandt County, Texas.

2.  The case below was styled the *State of Texas vs. John Calvin Marshall* and numbered CR11-00070.

3.  Appellant was convicted of Burglary of a Habitation with Intent to Commit Sexaul Assault.

4.  Appellant was assessed a sentence of 25 years TCDJ-ID on October 3, 2014.

5.  Notice of appeal was given on December 30, 2014.

6.  The clerk's record was filed on January 30, 2015; the reporter's record was filed on March 2, 2014 and a supplement was filed on March 24, 2015.

7.  Appellant's Brief was due on April 1, 2015.

8.  Appellant requested an extension of time of 30 days due to the supplement filed by the Court Reporter on March 24, 2015.

9.  No extension to file the brief had been filed previously in this cause.

10. The Court granted Appellant's request and extended the time to file Appellant's Brief until May 1, 2015.

11. Appellant filed the brief on May 1, 2015 using ProDoc efile and served Chris Martin, Van Zandt County Criminal District Attorney, via email through ProDoc efile at chrismartin@vanzandtcounty.org. (See Exhibit A and Exhibit B and C)

12. Appellant's eservice provider indicates that the document was sent. (See Exhibit A) The SMTP log shows that the message was successfully sent on 5/1/15 at 04:58:07.81. (See Exhibit B and C, *please note that SMTP log is printed from a scroll window and the log starts at 04:58:05.89 and ends at 04:58:07.83. Exhibits B and C both show 04:58:07.16 to 04:58:07.67.*)

13. Appellant's attorney, Dean White, received a notice via email with attachment from the Twelfth Court of Appeal indicating that Appellant's brief had been electronically filed. (See Exhibit D and E). Exhibit E indicates an email was sent to Chris Martin, Van Zandt County Criminal District Attorney, giving the State notice that Appellant's brief had been filed in this cause.

14. On June 25, 2015, Richard Schmidt, Assistant Criminal District Attorney for Van Zandt County, informed Appellant's attorney Nolan White during docket in the 294th Judicial District Court that the State did not receive a copy of Appellant's brief. Mr Schmidt sent Nolan White an email on June 25, 2015 requesting a copy. Nolan White was not in his office when Mr. Schmidt sent the email. Nolan White opened the email on June 26, 2015 and provided the State with an eservice copy, a regular emailed copy and also hand delivered a copy.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court denies the State's Motion for Leave to Extend Time to File Brief on its face or grant a hearing on the State's motion so that Appellant can respond through oral argument.

Respectfully submitted,

Dean White,
Attorney at Law
690 West Dallas
P.O. Box 155
Canton, Texas 75103
Tel: (903) 567-4155
Fax: (903) 567-4964

By: /s/ Dean White
    **Dean White**
    State Bar No. 21299500
    Attorney for **JOHN CALVIN MARSHALL**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Van Zandt County, 400 S. Buffalo, Canton, Texas 75103, by electronic service through the Electronic Filing Manager.

/s/ Dean White
**Dean White**

STATE OF TEXAS            §
§
COUNTY OF VAN ZANDT     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Dean White, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Appellant's Response to State's Motion for Leave to Extend Time to Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Dean White
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___1 July___, 2015, to certify which witness my hand and seal of office.

BECKY LYNN KANOFF
Notary Public
STATE OF TEXAS
My Comm. Exp. November 21, 2016

_____
Notary Public, State of Texas

# ProDoc®eFiling 2

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to Home

Print Page

## Filed Date & Time

| Date: | Time: |
|---|---|
| Friday, May 01, 2015 | 4:57:23 AM |

### Filing Status Definitions

**Envelope Number:** 5110934
**Case Category:** Criminal
**Cause Number:** 12-14-00368-CR
**Judge for the Case:** Not Available

### Envelope Information

**Court Assignment:** 12th Court of Appeals
**Case Type:** Criminal
**Case Title:**

| Envelope Fee | Est.Amount |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.09 |
| **Total Envelope Fees:** | $3.34 |

### Payment Information

**Account Name:** Forrest White
**Payment Method:** Credit Card
**Credit Card Type:** VISA
**Card Number:** XXXX XXXX XXXX 8781
**Card Expiration Date:** 06/2016
**Transaction Amount:** $3.34
**Transaction Status:** Approved
**Transaction ID:** 8389520
**Transaction Order ID:** 005110934-0

### Personal Information

**Filer:** Forrest White
**Attorney of Record:** Forrest White
**Firm or Organization:** Forrest Dean White, Attorney
**Bar Number:** 21299500

### Service Recipients

**Chris Martin**
Email:              chrismartin@vanzandtcounty.org
Status:             Sent
Service Opened:     No

[ View Log ]

## Brief Requesting Oral Argument

| Filing Fees | |
|---|---|
| **Total Filing Fees:** | $0.00 |

### Filing Information

**Current Status:** √ accepted
**Accepted Date/Time:** 5/1/2015 8:20:10 AM
**Filing Description:** Brief Requesting Oral Argument
**Reference Number:** Marshall 1
**Comments for Clerk:**

## Document Information

**Document(s) Filed:**

**Lead Document:**

Original - John Calvin Marshall - Brief.pdf [**Public**]

Transmitted - John Calvin Marshall - Brief.pdf [**Public**]

**Document Description:** John Calvin Marshall - Brief.pdf

**Document Description:** John Calvin Marshall - Brief.pdf

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.

# EXHIBIT A

ProDoc® eFiling 2 - Filing Details



# ProDoc eFiling 2

Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to Home

🖶 Print Page

**Filed Date & Time**

**Date:** Friday, May 01, 2015

**Filing Status Definitions**

Envelope Number: 5110934
Case Category: Criminal
Cause Number: 12-14-00368-CR
Judge for the Case: Not Available

**Envelope Fee**

ProDoc, Inc. or other provider fe...
eFiling/eService Fee
8.25% Sales Tax

State eFiling System Processing
Convenience Fee

Tota...

**Personal Im...**

Filer: Forrest
Attorney of Record: Forrest
Firm or Organization: Forrest
Bar Number: 2129950

Filing F...

To...

## Smtp Log

[05/01/2015 04:58:05.89] [INFO] Assembly version: 5.6.2.146.
[05/01/2015 04:58:05.89] [INFO] Will send mail message.
[05/01/2015 04:58:06.03] [INFO] Will resolve host "".
[05/01/2015 04:58:06.03] [INFO] Host "" resolved to IP address(es) 10.234.9.174.
[05/01/2015 04:58:06.03] [INFO] Will connect to host "" on port 25.
[05/01/2015 04:58:07.05] [INFO] Warning: Socket connection has been refused by remote host. InnerException message follows: No connection could be made because the target machine actively refused it 10.234.9.174:25
[05/01/2015 04:58:07.05] [INFO] Will send mail message using MX lookup. Failed recipients not allowed.
[05/01/2015 04:58:07.05] [INFO] Will retrieve MX records for every recipient domain.
[05/01/2015 04:58:07.06] [INFO] Will make DNS query to DNS server at 10.234.8.1 regarding host "vanzandtcounty.org".
[05/01/2015 04:58:07.06] [INFO] Creating DNS query about host "vanzandtcounty.org".
[05/01/2015 04:58:07.06] [INFO] Sending query to DNS server at "10.234.8.1:53".
[05/01/2015 04:58:07.16] [INFO] Parsing a response that was received from DNS server.
[05/01/2015 04:58:07.16] [INFO] 1 DNS record(s) found for host "vanzandtcounty.org". Recursion is supported by DNS server.
[05/01/2015 04:58:07.16] [INFO] DNS record of MX type. SmtpHost="mail.vanzandtcounty.org", Preference=10.
[05/01/2015 04:58:07.16] [INFO] DNS query done.
[05/01/2015 04:58:07.16] [INFO] Made DNS query to DNS server at 10.234.8.1 regarding host "vanzandtcounty.org".
[05/01/2015 04:58:07.16] [INFO] Processed results of DNS query to DNS server at 10.234.8.1 regarding host "vanzandtcounty.org".
[05/01/2015 04:58:07.16] [INFO] Retrieved MX records for 1 recipient domain(s) of 1 total.
[05/01/2015 04:58:07.16] [INFO] Will send mail message to SMTP MX server(s) for every domain.
[05/01/2015 04:58:07.17] [INFO] Will send mail message to SMTP MX server(s) of domain "vanzandtcounty.org".
[05/01/2015 04:58:07.17] [INFO] Will resolve host "mail.vanzandtcounty.org".
[05/01/2015 04:58:07.28] [INFO] Host "mail.vanzandtcounty.org" resolved to IP address(es) 199.96.246.165.
[05/01/2015 04:58:07.28] [INFO] Will connect to host "mail.vanzandtcounty.org" on port 25.
[05/01/2015 04:58:07.30] [INFO] Socket connected to IP address 199.96.246.165 on port 25.
[05/01/2015 04:58:07.41] [RECV] 220 mail.vanzandtcounty.org ESMTP (2a1aea09b612e4543ae820b2751f4e8)\r\n
[05/01/2015 04:58:07.41] [INFO] Connected to mail service at host "mail.vanzandtcounty.org" on port 25 and ready.
[05/01/2015 04:58:07.41] [SEND] EHLO smtp.efiletexas.gov\r\n
[05/01/2015 04:58:07.42] [RECV] 250-mail.vanzandtcounty.org Hello smtp.efiletexas.gov [208.64.239.118], pleased to meet you\r\n250-SIZE 100000000\r\n250-PIPELINING\r\n250-8BITMIME\r\n250 HELP\r\n
[05/01/2015 04:58:07.42] [INFO] SMTP Hello completed.
[05/01/2015 04:58:07.42] [INFO] Will send mail message to SMTP server "mail.vanzandtcounty.org".
[05/01/2015 04:58:07.42] [INFO] Will submit sender and recipients.
[05/01/2015 04:58:07.42] [SEND] MAIL FROM:<No-Reply@eFileTexas.gov>\r\n
[05/01/2015 04:58:07.44] [RECV] 250 Sender <No-Reply@eFileTexas.gov> OK\r\n
[05/01/2015 04:58:07.44] [SEND] RCPT TO:<chrismartin@vanzandtcounty.org>\r\n
[05/01/2015 04:58:07.64] [RECV] 250 Recipient <chrismartin@vanzandtcounty.org> OK\r\n
[05/01/2015 04:58:07.64] [INFO] Sender and recipients accepted by SMTP server. Will send message data now.
[05/01/2015 04:58:07.64] [SEND] DATA\r\n
[05/01/2015 04:58:07.67] [RECV] 354 Start mail input; end with <CRLF>.<CRLF>\r\n
[05/01/2015 04:58:07.67] [SEND] [Data chunk of 3621 bytes sent.]
[05/01/2015 04:58:07.67] [SEND] \r\n.\r\n

Close

---

## Document Information

**Document(s) Filed:**

Lead Document:

✉ Original – John Calvin Marshall – Brief.pdf [Public]    **Document Description:** John Calvin Marshall – Brief.pdf

✉ Transmitted – John Calvin Marshall – Brief.pdf [Public]    **Document Description:** John Calvin Marshall – Brief.pdf

---

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.

# EXHIBIT B

# ProDoc eFiling 2

Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to Home

🖶 Print Page

**Smtp Log**

[05/01/2015 04:58:07.16] [INFO] 1 DNS record(s) found for host "vanzandtcounty.org". Recursion is supported by DNS server.
[05/01/2015 04:58:07.16] [INFO] DNS record of MX type. SmtpHost="mail.vanzandtcounty.org", Preference=10.
[05/01/2015 04:58:07.16] [INFO] DNS query done.
[05/01/2015 04:58:07.16] [INFO] Made DNS query to DNS server at 10.234.8.1 regarding host "vanzandtcounty.org".
[05/01/2015 04:58:07.16] [INFO] Processed results of DNS query to DNS server at 10.234.8.1 regarding host "vanzandtcounty.org".
[05/01/2015 04:58:07.16] [INFO] Retrieved MX records for 1 recipient domain(s) of 1 total.
[05/01/2015 04:58:07.17] [INFO] Will send mail message to SMTP MX server(s) for every domain.
[05/01/2015 04:58:07.17] [INFO] Will send mail message to SMTP MX server(s) of domain "vanzandtcounty.org".
[05/01/2015 04:58:07.17] [INFO] Will resolve host "mail.vanzandtcounty.org".
[05/01/2015 04:58:07.28] [INFO] Host "mail.vanzandtcounty.org" resolved to IP address(es) 199.96.246.165.
[05/01/2015 04:58:07.28] [INFO] Will connect to host "mail.vanzandtcounty.org" on port 25.
[05/01/2015 04:58:07.30] [INFO] Socket connected to IP address 199.96.246.165 on port 25.
[05/01/2015 04:58:07.41] [RECV] 220 mail.vanzandtcounty.org ESMTP (2a1aea09b0612e4543ae820b2751f4e8)\r\n
[05/01/2015 04:58:07.41] [INFO] Connected to mail service at host "mail.vanzandtcounty.org" on port 25 and ready.
[05/01/2015 04:58:07.41] [INFO] Will send Hello command (HELO or EHLO).
[05/01/2015 04:58:07.42] [SEND] EHLO smtp.efiletexas.gov\r\n
[05/01/2015 04:58:07.42] [RECV] 250-mail.vanzandtcounty.org Hello smtp.efiletexas.gov [208.64.239.118], pleased to meet you\r\n250-SIZE 100000000\r\n250-8BITMIME\r\n250-PIPELINING\r\n250 HELP\r\n
[05/01/2015 04:58:07.42] [INFO] SMTP Hello completed.
[05/01/2015 04:58:07.42] [INFO] Will send mail message to SMTP server "mail.vanzandtcounty.org".
[05/01/2015 04:58:07.42] [INFO] Will submit sender and recipients.
[05/01/2015 04:58:07.42] [SEND] MAIL FROM:<No-Reply@eFileTexas.gov>\r\n
[05/01/2015 04:58:07.44] [RECV] 250 Sender <No-Reply@vanzandtcounty.org> OK\r\n
[05/01/2015 04:58:07.44] [SEND] RCPT TO:<chrismartin@vanzandtcounty.org>\r\n
[05/01/2015 04:58:07.64] [RECV] 250 Recipient <chrismartin@vanzandtcounty.org> OK\r\n
[05/01/2015 04:58:07.64] [INFO] Sender and recipients accepted by SMTP server. Will send message data now.
[05/01/2015 04:58:07.64] [SEND] DATA\r\n
[05/01/2015 04:58:07.67] [RECV] 354 Start mail input; end with <CRLF>.<CRLF>\r\n
[05/01/2015 04:58:07.67] [SEND] [Data chunk of 3621 bytes sent.]
[05/01/2015 04:58:07.67] [SEND] \r\n.\r\n
[05/01/2015 04:58:07.81] [RECV] 250 OK: queued as C577D90502\r\n
[05/01/2015 04:58:07.81] [INFO] Message successfully submitted to SMTP server.
[05/01/2015 04:58:07.81] [SEND] QUIT\r\n
[05/01/2015 04:58:07.81] [RECV] 221 mail.vanzandtcounty.org Goodbye smtp.efiletexas.gov, closing connection\r\n
[05/01/2015 04:58:07.81] [INFO] Will disconnect from host "mail.vanzandtcounty.org".
[05/01/2015 04:58:07.81] [INFO] Sent mail message to SMTP MX server(s) of domain "vanzandtcounty.org".
[05/01/2015 04:58:07.81] [INFO] Sent mail message to SMTP MX server(s) for every domain.
[05/01/2015 04:58:07.81] [INFO] Mail message sent using MX Lookup.
[05/01/2015 04:58:07.83] [INFO] Mail message sent.

Filed Date & Time

**Date:**
Friday, May 01, 2015

**Filing Status Definitions**
Envelope Number: 5110934
Case Category: Criminal
Cause Number: 12-14-00368-CR
Judge for the Case: Not Available

**Envelope Fee**
ProDoc, Inc. or other provider fe
eFiling/eService Fee
8.25% Sales Tax
**State eFiling System Processing**
Convenience Fee
**Tota**

**Personal In**
Filer: Forrest
Attorney of Record: Forrest
Firm or Organization: Forrest
Bar Number: 2129950

**Filing F**

**To**

**Document Information**

Document(s) Filed:
**Lead Document:**
📄 Original - John Calvin Marshall - Brief.pdf [Public]
📄 Transmitted - John Calvin Marshall - Brief.pdf [Public]

**Document Description:** John Calvin Marshall - Brief.pdf
**Document Description:** John Calvin Marshall - Brief.pdf

Close

1/1

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.

**EXHIBIT C**

## Dean White

**From:** <COA12Noticing@txcourts.gov>
**Date:** Friday, May 01, 2015 6:02 PM
**To:** <dwatty@etcable.net>
**Attach:** EBRIEF FLD_ANT-APP_FILECOPY.pdf
**Subject:** Notice(s): 12-14-00368-CR

You have received notice(s) for the following case(s):


12-14-00368-CR
TC #CR11-00070
John Calvin Marshall v. The State of Texas

Files
EBRIEF FLD_ANT-APP_FILECOPY.pdf


Thank you,
Cathy S. Lusk
12th Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (903) 593-8471.

**EXHIBIT D**

6/30/2015

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Friday, May 01, 2015

Mr. Dean White
690 West Dallas
P. O. Box 155
Canton, TX 75103
* DELIVERED VIA E-MAIL *

Mr. Chris B. Martin
District Attorney
Van Zandt County
400 South Buffalo
Canton, TX 75103
* DELIVERED VIA E-MAIL *

RE:     Case Number:              12-14-00368-CR
        Trial Court Case Number:  CR11-00070

Style:  John Calvin Marshall
        v.
        The State of Texas

The Appellant's brief in the above-referenced appeal has this day been electronically filed with the Court.

NOTICE: Any supplemental or amended brief received after this day must be accompanied by a motion for leave to file.

Very truly yours,

CATHY S. LUSK, CLERK

By: _____
    Ashley Yount, Deputy Clerk

## EXHIBIT E